UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>v.<br>RICHARD O. STEIMER, JR.,<br><br>                      Defendant. | Case No. 2:11-mj-00539-PAL<br><br>ORDER<br><br>(Unopp Mot Early Term Prob – Dkt. #20) |

Before the court is Defendant Robert O. Steimer, Jr.'s Unopposed Motion for Early Termination of Probation. The request for early termination is made because Mr. Steimer has complied with all of the conditions of his probation, and also so that he may travel freely for his job. Defendant indicates that there is no opposition to this motion and, in fact, no opposition has been filed, and the time for filing an opposition has expired. Accordingly,

**IT IS ORDERED** that Defendant's Unopposed Motion for Early Termination of Probation (Dkt. #20) is **GRANTED,** and the remainder of Mr. Steimer's supervision is **TERMINATED**.

DATED this 6th day of October, 2014.

                                                                         _____<br>
                                                                         PEGGY A. LEEN<br>
                                                                         UNITED STATES MAGISTRATE JUDGE